UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY ROCCARO et al.,<br><br>      Plaintiffs,<br><br>    -v.-<br><br>ABDUL WAHAB NASARY et al.,<br><br>      Defendants. | 24 Civ. 05861 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  On September 12, 2024, Plaintiffs moved to dismiss Defendants' counterclaims under Rule 12(b)(6) of the Federal Rules of Civil Procedure. Pursuant to Rule 15(a)(1)(B), a party has 21 days after service of a Rule 12(b) motion to amend its pleading once as of right.

  Accordingly, it is hereby ORDERED that Defendants shall file any amended counterclaims by **October 3, 2024**. In accordance with Rule 1.D of the Court's Individual Rules and Practices in Civil Cases, any amended counterclaims should be filed with a redline showing all differences between the original and revised filing. Defendants will not be given any further opportunity to amend the counterclaims to address issues raised by the motion to dismiss.

  If Defendants amend, then by three weeks after the amended counterclaims are filed, Plaintiffs shall file an answer or a new motion to dismiss. If Plaintiffs file a new motion to dismiss, any opposition shall be filed within 14 days, and any reply shall be filed within seven days of any opposition.

  If no amended counterclaims are filed, then Defendants shall file any opposition to the motion to dismiss by **October 3, 2024**. Plaintiffs' reply, if any, shall be filed by **October 10, 2024**.

  SO ORDERED.

Dated: September 17, 2024
    New York, New York

                    _____
                    JENNIFER H. REARDEN
                    United States District Judge