UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY ROCCARO et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　-v.-<br><br>ABDUL WAHAB NASARY et al.,<br><br>　　　　　　　　　　Defendants. | 24 Civ. 05861 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

In light of Defendants' amended counterclaims filed at ECF No. 20, Plaintiffs' earlier-filed motion to dismiss the initial counterclaims, see ECF No. 17, is hereby DENIED as moot.

The Clerk of Court is directed to terminated ECF No. 17.

SO ORDERED.

Dated: October 28, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　JENNIFER H. REARDEN
　　　　　　　　　　　　　　　　　　　　　　United States District Judge