UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Gary Roccaro et al.,<br><br>                    Plaintiffs,<br><br>          -against-<br><br>Abdul Wahab Nasary et al.,<br><br>                    Defendants. | 1:24-cv-05861 (JHR) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

      The above-referenced action has been referred to Magistrate Judge Stewart D. Aaron for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). (Referral Order, ECF No. 51.) All non-dispositive pretrial motions and applications, including those related to scheduling and discovery, must be made to Judge Aaron and in compliance with this Court's Individual Practices, available on the Court's website at http://nysd.uscourts.gov/judge/Aaron.

      It is hereby ORDERED that, on September 11, 2025, the parties shall file a joint letter regarding the status of discovery.

**SO ORDERED.**

DATED:      New York, New York
                July 17, 2025

                                                      _____
                                                        STEWART D. AARON
                                                        United States Magistrate Judge