**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Gary Roccaro, et al.,<br><br>                    Plaintiffs,<br><br>          -against-<br><br> Abdul Wahab Nasary, et al.,<br><br>                    Defendants. | 1:24-cv-05861 (JHR) (SDA)<br><br>ORDER |

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby ORDERED that Plaintiffs' Letter Motion filed at ECF No. 80 is GRANTED. Defendants have not shown that disclosure to Plaintiffs of the documents set forth in ECF No. 82-1 "is highly likely to create a substantial competitive harm" to Defendants. (*See* Protective Order, ECF No. 48, ¶ 3.) Accordingly, all of the documents set forth in ECF No. 82-1, including those that were on the verge of being produced in this action, shall be re-designated from "Attorney' Eyes Only" to "Confidential" under the Protective Order.

It is further ORDERED that this Order shall take effect on Friday, March 27, 2026, absent any contrary ruling from District Judge Rearden.

**SO ORDERED.**

DATED:     New York, New York
          March 20, 2026

_____
STEWART D. AARON
United States Magistrate Judge